# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

In re:                                         §
                                               §
                                               §
MOWRY, RUSSELL                                 §   Case No. 08-03639
MOWRY, LISA                                    §
                                               §
                                               §
_____ Debtor(s)                  §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter ___ of the United States Bankruptcy Code was filed on ___. The case was converted to one under Chapter 7 on ___. The undersigned trustee was appointed on ___.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                $

    Funds were disbursed in the following amounts:

    Payments made under an interim
    disbursement
    Administrative expenses
    Bank service fees
    Other payments to creditors
    Non-estate funds paid to 3rd Parties
    Exemptions paid to the debtor
    Other payments to the debtor

    Leaving a balance on hand of[1]               $

---
[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was _____ and the deadline for filing governmental claims was _____. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ _____. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ _____ as interim compensation and now requests a sum of $ _____, for a total compensation of $ _____ [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ _____, and now requests reimbursement for expenses of $ _____, for total expenses of $ _____ [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date:_____   By:/s/JOSEPH R. VOILAND_____
                                   Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

UST Form 101-7-TFR (5/1/2011) *(Page: 2)*

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page: 1

Exhibit A

| Case No: | 08-03639 | RG | Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | | Date Filed (f) or Converted (c): | 04/29/09 (c) |
| | MOWRY, LISA | | | 341(a) Meeting Date: | 06/01/09 |
| For Period Ending: | 12/31/12 | (4th reporting period for this case) | | Claims Bar Date: | 02/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 2260 Highfield Court, Aurora | 240,000.00 | 6,749.00 | DA | 0.00 | FA |
| 2. checking account - Harris Bank | 62.00 | 0.00 | DA | 0.00 | FA |
| 3. household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. 401K | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 1999 Dodge Van 1500 | 3,890.82 | 0.00 | DA | 0.00 | FA |
| 7. 2001 Hyundai Sonata | 2,165.00 | 0.00 | DA | 0.00 | FA |
| 8. 2001 Hyundai Tiburon | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 2000 Searay 185 boat | 12,000.00 | 6.00 | DA | 0.00 | FA |
| 10. Computer, printer, copier | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. 2004 International Series 9200 Tractor | 10,000.00 | 2,577.00 | | 5,750.00 | FA |
| 12. Tools | 650.00 | 0.00 | DA | 0.00 | FA |
| 13. checing account - Harris Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. checking account - Harris Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 15. 1978 Oldsmobile | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values) $291,967.82 $10,332.00 $5,750.56 $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On 12/3/09, an order was entered approving the sale of the 2004 International back to the debtor for $8,400.00 (to be paid in monthly installment of $700.00).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit A

| | | |
|---|---|---|
| Case No: | 08-03639    RG    Judge: MANUEL BARBOSA | Trustee Name:                JOSEPH R. VOILAND |
| Case Name: | MOWRY, RUSSELL | Date Filed (f) or Converted (c):    04/29/09 (c) |
| | MOWRY, LISA | 341(a) Meeting Date:            06/01/09 |
| | | Claims Bar Date:                02/09/10 |

Initial Projected Date of Final Report (TFR): 03/15/11      Current Projected Date of Final Report (TFR): 06/15/13

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page: 1
Exhibit B

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312218861165 | Wire in from JPMorgan Chase Bank, N.A. account 312218861165 | 9999-000 | 700.07 | | 700.07 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 700.08 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.12 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.16 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.20 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.24 |
| 09/03/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61668562 | 1129-000 | 350.00 | | 1,050.24 |
| 09/14/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61668646 | 1129-000 | 350.00 | | 1,400.24 |
| 10/01/10 | 11 | Harris Bank | installment payment from debtor DEPOSIT CHECK #31195870 | 1129-000 | 350.00 | | 1,750.24 |
| 10/21/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195906 | 1129-000 | 350.00 | | 2,100.24 |
| 11/11/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195936 | 1129-000 | 350.00 | | 2,450.24 |
| 11/23/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195955 | 1129-000 | 350.00 | | 2,800.24 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,800.25 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,800.27 |
| 01/14/11 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61803430 | 1129-000 | 350.00 | | 3,150.27 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.29 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.31 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.33 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.35 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.37 |

Page Subtotals  3,150.37  0.00

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*  Ver: 16.05c
LFORM24

**FORM 2**

Page: 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.39 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.41 |
| 08/02/11 | 11 | Harris | installment payment DEPOSIT CHECK #62329027 | 1129-000 | 350.00 | | 3,500.41 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.43 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,475.43 |
| 09/22/11 | 11 | Russell Mowry | installment payment DEPOSIT CHECK #21153187 | 1129-000 | 350.00 | | 3,825.43 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,825.45 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,800.45 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,800.48 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,775.48 |
| 11/08/11 | 11 | Harris Bank | installment payment DEPOSIT CHECK #21153291 | 1129-000 | 300.00 | | 4,075.48 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,075.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,050.51 |
| 12/13/11 | 11 | Harris Bank / Russell Mowry | installment payment DEPOSIT CHECK #21153370 | 1129-000 | 300.00 | | 4,350.51 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,350.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,325.54 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,325.56 |
| 01/25/12 | | Transfer to Acct #*******4422 | Bank Funds Transfer | 9999-000 | | 4,325.56 | 0.00 |

Page Subtotals    1,300.19    4,450.56

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 3
Exhibit B

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | COLUMN TOTALS | | 4,450.56 | 4,450.56 | 0.00 |
| | Less: Bank Transfers/CD's | | 700.07 | 4,325.56 | |
| | Subtotal | | 3,750.49 | 125.00 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | Net | | 3,750.49 | 125.00 | |

Page Subtotals                0.00          0.00

FORM 2

Page: 4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit B

| Case No: | 08-03639 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | Bank Name: | JPMorgan Chase Bank, N.A. |
| | MOWRY, LISA | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | |
| For Period Ending: | 12/31/12 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 11 | Harris/ Russell Mowry | installment payment DEPOSIT CHECK #61296831 | 1129-000 | 700.00 | | 700.00 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 700.01 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 700.03 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 700.06 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 700.07 |
| 04/20/10 | | Wire out to BNYM account 000218861165 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000218861165 | 9999-000 | | 700.07 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 700.07 | 700.07 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 700.07 | 700.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 700.07 | 700.07 | |

Page Subtotals 700.07 700.07

UST Form 101-7-TFR (5/1/2011) *(Page: 8)*

LFORM24

Ver: 16.05c

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 5
Exhibit B

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MOWRY, RUSSELL | | Bank Name: | Congressional Bank |
| | MOWRY, LISA | | Account Number / CD #: | *******4422 Checking Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 12/31/12 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |


| 1 Transaction Date | 2 Check or Reference | 3 Paid To / Received From | 4 Description Of Transaction | Uniform Tran. Code | 5 Deposits ($) | 6 Disbursements ($) | 7 Account / CD Balance ($) |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******1165 | Bank Funds Transfer | 9999-000 | 4,325.56 | | 4,325.56 |
| 05/30/12 | 11 | M&I (BMO Harris Bank) | | 1129-000 | 300.00 | | 4,625.56 |
| 09/11/12 | 11 | RUSSELL MOWRY (M&I) 2260 HIGHFIELD COURT AURORA, IL 60504 | | 1129-000 | 1,000.00 | | 5,625.56 |

|  |  |  |
|---|---|---|
| COLUMN TOTALS | 5,625.56 | 0.00 | 5,625.56 |
| Less: Bank Transfers/CD's | 4,325.56 | 0.00 | |
| Subtotal | 1,300.00 | 0.00 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 1,300.00 | 0.00 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market Account - ********1165 | 3,750.49 | 125.00 | 0.00 |
| Money Market Account - ********1165 | 700.07 | 700.07 | 0.00 |
| Checking Account - ********4422 | 1,300.00 | 0.00 | 5,625.56 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,750.56 | 825.07 | 5,625.56 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals 5,625.56 0.00

| Page 1 | | EXHIBIT A<br>ANALYSIS OF CLAIMS REGISTER | | | | Date: February 10, 2013 |
|---|---|---|---|---|---|---|

Case Number: 08-03639  
Debtor Name: MOWRY, RUSSELL

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 000014A<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $12,452.46 | $0.00 | $12,452.46 |
| 000015<br>040<br>5800-00 | Department of the Treasury<br>Internal Revenue Service<br>P.O. Box 21126<br>Philadelphia, PA 19114 | Priority | | $0.00 | $0.00 | $0.00 |
| 000001<br>070<br>7100-00 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $670.16 | $0.00 | $670.16 |
| 000002<br>070<br>7100-00 | CAPITAL ONE BANK<br>C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | Unsecured | | $1,033.03 | $0.00 | $1,033.03 |
| 000003<br>070<br>7100-00 | American General Finance<br>600 N. Royal Ave.<br>Evansville, IN 47715 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000004<br>070<br>7100-00 | JPMorgan Chase Bank, N.A.<br>Chase Auto Finance Corp<br>c/o Mary Lautenbach<br>201 N Central Ave, AZ1-1191<br>Phoenix, AZ 85004 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000005<br>070<br>7100-00 | AmeriCredit Financial Services Inc<br>AmeriCredit<br>POB 183853<br>Arlington, TX 76096 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000006<br>070<br>7100-00 | American Home Mortgage Servicing, Inc<br>POB 631730<br>Irving, TX 75063-1730 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000007<br>070<br>7100-00 | Wells Fargo Financial Illinois, Inc.<br>Wells Fargo Auto Finance<br>Attn: MAC F6582-034<br>PO Box 500<br>Chester, PA 19013 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000008<br>070<br>7100-00 | Portfolio Recovery Associates, LLC. c/o Sears<br>POB 41067<br>NORFOLK VA 23541 | Unsecured | | $1,167.07 | $0.00 | $1,167.07 |
| 000009<br>070<br>7100-00 | LVNV Funding LLC as assignee of American Express<br>c/o Resurgent Capital Services<br>P.O. Box 10587 | Unsecured | | $385.45 | $0.00 | $385.45 |

| | | EXHIBIT A | | | |
|---|---|---|---|---|---|
| Page 2 | | ANALYSIS OF CLAIMS REGISTER | | | Date: February 10, 2013 |

Case Number: 08-03639  
Debtor Name: MOWRY, RUSSELL  

Claim Class Sequence

| Code # | Creditor Name & Address | Claim Class | Notes | Amount Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| | Greenville, SC 29603-0587 | | | | | |
| 000010 070 7100-00 | Key Bank National Association c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Ave., 2nd FL Cleveland, OH 44113 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000011 070 7100-00 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants Credit Card Bank NA POB 35480 Newark NJ 07193-5480 | Unsecured | | $4,255.34 | $0.00 | $4,255.34 |
| 000012 070 7100-00 | Portfolio Recovery Associates, LLC. c/o Sears POB 41067 NORFOLK VA 23541 | Unsecured | | $2,594.32 | $0.00 | $2,594.32 |
| 000013 070 7100-00 | eCAST Settlement Corporation POB 35480 Newark NJ 07193-5480 | Unsecured | | $7,837.56 | $0.00 | $7,837.56 |
| 000014B 070 7100-00 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | Unsecured | | $534.84 | $0.00 | $534.84 |
| 000016 070 7100-00 | Key Bank National Association c/o Weltman, Weinberg & Reis, Co., LPA 323 W. Lakeside Ave., 2nd FL Cleveland, OH 44113 | Unsecured | | $0.00 | $0.00 | $0.00 |
| 000017 070 7100-00 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Unsecured | | $136.44 | $0.00 | $136.44 |
| | Case Totals: | | | $31,066.67 | $0.00 | $31,066.67 |

Code #: Trustee's Claim Number, Priority Code, Claim Type

### TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 08-03639
Case Name: MOWRY, RUSSELL
             MOWRY, LISA
Trustee Name: JOSEPH R. VOILAND

  Balance on hand                                              $

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ | $ | $ |
| Trustee Expenses: JOSEPH R. VOILAND | $ | $ | $ |

  Total to be paid for chapter 7 administrative expenses      $_____
  Remaining Balance                                           $_____

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $            must be paid in advance of any dividend to general (unsecured) creditors.

  Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Department of the Treasury | $ | $ | $ |

UST Form 101-7-TFR (5/1/2011) *(Page: 12)*

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000015 | Department of the Treasury | $ | $ | $ |

    Total to be paid to priority creditors          $_____

    Remaining Balance          $_____

    The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

    Timely claims of general (unsecured) creditors totaling $_____ have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be _____ percent, plus interest (if applicable).

    Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK | $ | $ | $ |
| 000002 | CAPITAL ONE BANK | $ | $ | $ |
| 000008 | Portfolio Recovery Associates, LLC. c/o Sears | $ | $ | $ |
| 000009 | LVNV Funding LLC as assignee of American Express | $ | $ | $ |
| 000011 | eCAST Settlement Corporation assignee of | $ | $ | $ |
| 000012 | Portfolio Recovery Associates, LLC. c/o Sears | $ | $ | $ |
| 000013 | eCAST Settlement Corporation | $ | $ | $ |
| 000014B | Department of the Treasury | $ | $ | $ |
| 000017 | PYOD LLC its successors and assigns as assignee of | $ | $ | $ |

    Total to be paid to timely general unsecured creditors      $_____

    Remaining Balance                                                              $_____

    Tardily filed claims of general (unsecured) creditors totaling $         have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be      percent.

    Tardily filed general (unsecured) claims are as follows:

<div align="center">NONE</div>

    Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $       have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be      percent.

    Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

<div align="center">NONE</div>