UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
§
MOWRY, RUSSELL § Case No. 08-03639
MOWRY, LISA §
§
§
Debtor(s) §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

    Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that JOSEPH R. VOILAND, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

    The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 11:00 AM on 04/04/2013 in Courtroom 240,
                United States Courthouse
                c/o Kane County Courthouse
                100 S. 3rd St., Geneva, IL 60134
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 02/10/2013            By: Kenneth S. Gardner
                                                          Clerk of the Bankruptcy Court

JOSEPH R. VOILAND
1625 WING ROAD
YORKVILLE, IL 60560

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS

In re: §
 §
MOWRY, RUSSELL § Case No. 08-03639
MOWRY, LISA §
 §
        Debtor(s) §

SUMMARY OF TRUSTEE'S FINAL REPORT
AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 5,750.56 |
| and approved disbursements of | $ | 125.00 |
| leaving a balance on hand of[1] | $ | 5,625.56 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: JOSEPH R. VOILAND | $ 1,325.06 | $ 0.00 | $ 1,325.06 |
| Trustee Expenses: JOSEPH R. VOILAND | $ 73.99 | $ 0.00 | $ 73.99 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,399.05 |
| Remaining Balance | $ 4,226.51 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 2)*

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 12,452.46 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014A | Department of the Treasury | $ 12,452.46 | $ 0.00 | $ 4,226.51 |
| 000015 | Department of the Treasury | $ 0.00 | $ 0.00 | $ 0.00 |
| | Total to be paid to priority creditors | | | $ 4,226.51 |
| | Remaining Balance | | | $ 0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 18,614.21 have been allowed and will be paid pro rata only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | CAPITAL ONE BANK | $ 670.16 | $ 0.00 | $ 0.00 |
| 000002 | CAPITAL ONE BANK | $ 1,033.03 | $ 0.00 | $ 0.00 |
| 000008 | Portfolio Recovery Associates, LLC. c/o Sears | $ 1,167.07 | $ 0.00 | $ 0.00 |
| 000009 | LVNV Funding LLC as assignee of American Express | $ 385.45 | $ 0.00 | $ 0.00 |
| 000011 | eCAST Settlement Corporation assignee of | $ 4,255.34 | $ 0.00 | $ 0.00 |
| 000012 | Portfolio Recovery Associates, LLC. c/o Sears | $ 2,594.32 | $ 0.00 | $ 0.00 |
| 000013 | eCAST Settlement Corporation | $ 7,837.56 | $ 0.00 | $ 0.00 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000014B | Department of the Treasury | $ 534.84 | $ 0.00 | $ 0.00 |
| 000017 | PYOD LLC its successors and assigns as assignee of | $ 136.44 | $ 0.00 | $ 0.00 |

Total to be paid to timely general unsecured creditors          $          0.00

Remaining Balance                                              $          0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Joseph R. Voiland
Trustee

*JOSEPH R. VOILAND*
*1625 WING ROAD*
*YORKVILLE, IL 60560*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                           Case No. 08-03639-CAD
Russell Mowry                                                    Chapter 7
Lisa Mowry
        Debtors              CERTIFICATE OF NOTICE
District/off: 0752-1          User: pgordon                Page 1 of 3                   Date Rcvd: Mar 04, 2013
                              Form ID: pdf006              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 06, 2013.
db           #+Russell Mowry,    2260 Highfield Court,    Aurora, IL 60504-6029
jdb          #+Lisa Mowry,    2260 Highfield Court,    Aurora, IL 60504-6029
11958631      +ACL,   PO BOX 27901,    Milwaukee, WI 53227-0901
12044782     ++AMERICREDIT,    PO BOX 183853,    ARLINGTON TX 76096-3853
               (address filed with court: AmeriCredit Financial Services Inc,    AmeriCredit,    POB 183853,
                 Arlington, TX 76096)
12171129      +Altom Lease,    4243 S. Knox,    Chicago, IL 60632-3933
11958632      +American Express,    General Counsels Office,    3200 Commerce Pwy   Md 19-01-06,
                Merrimar, FL 33025-3907
12173283       American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
12423474      +American Home Mortgage Servicing, Inc,    POB 631730,    Irving, TX 75063-0002
11958635      +Brian J. O'Donovan, DDS,    2246 Ogden Avenue,    Aurora, IL 60504-7218
11983600     ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: CAPITAL ONE BANK,    C/O TSYS DEBT MANAGEMENT,    PO BOX 5155,
                 NORCROSS, GA 30091)
11958637       Capital One,   PO BOX 30285,    Salt Lake City, UT 84130-0285
11958639       Cardiac Surgery Assoc,    PO BOX 1285,    Joliet, IL 60434-1285
11958640      +Chase Manhattan,    Chase Home Finance / Bankruptcy Research,    3415 Vision Dr,
                Columbus, OH 43219-6009
11958641      +Check Recovery Systems,    425 W Kelso St,    Inglewood, CA 90301-2539
11958642      +Citibank / Sears,    P.O. Box 20363,    Kansas City, MO 64195-0363
11958643      +Direct Merchants Bank,    Attn: HSBC Card Member Services,    Po Box 5246,
                Carol Stream, IL 60197-5246
11958644      +Dr. M. DeHerrera-Codo,    720 S. Brom Dr., Ste. 204,    Naperville, IL 60540-6534
12276190       FIA Card Services aka Bank of America,    by eCAST Settlement Corporation,    as its agent,
                POB 35480,   Newark NJ 07193-5480
11958646      +Fia Csna,   Po Box 17054,    Wilmington, DE 19850-7054
11958648      +Fifth Third Bank,    1850 E. Paris,   MD: ROPS05,    Grand Rapids, MI 49546-6253
11958647       Fifth Third Bank,    1850 East Paris,   Mdropso5 C/O Bankruptcy Dept,    Grand Rapids, MI 49546
11958649      +Household Mortgage Services,    Po Box 9068,    Brandon, FL 33509-9068
12038235      +JPMorgan Chase Bank, N.A.,    Chase Auto Finance Corp,    c/o Mary Lautenbach,
                201 N Central Ave, AZ1-1191,    Phoenix, AZ 85004-1071
11958651      +Keybank NA,    Po Box 94518,    Cleveland, OH 44101-4518
11958652      +Kluever & Platt LLC,    65 E. Wacker Place, Ste. 2300,    Chicago, IL 60601-7244
11958656      +Merchants Cr,    2230 W Jackson Blvd  Ste 900,    Chicago, IL 60612-2956
11958655      +Merchants Credit,    223 W Jackson Blvd  Ste 900,    Chicago, IL 60606-6912
11958659       OSI Collection Service,    P.O. Box 959,    Brookfield, WI 53008-0959
11958658      +Option One Mortgage Co,    Po Box 57054,    Irvine, CA 92619-7054
12053205      +Option One Mortgage Corporation,    c/o Kluever & Platt, LLC,    65 E. Wacker Place, Ste 2300,
                Chicago, IL 60601-7244
12107176      +Portfolio Recovery Associates, LLC. c/o Sears,    POB 41067,    NORFOLK VA 23541-1067
11958661       Revenue Production Management,    PO BOX 673775,    Detroit, MI 48267-3775
11958663      +The Bureaus Inc,    1717 Central St,   Evanston, IL 60201-1590
11958666      +Wells Fargo Auto Finance,    Po Box 7648,   Boise, ID 83707-1648
12080816      +Wells Fargo Financial Illinois, Inc.,    Wells Fargo Auto Finance,    Attn: MAC F6582-034,
                PO Box 500,    Chester, PA 19016-0500
11958667      +Wffinancial,    2727 Maple Ave,    Lisle, IL 60532-3280
14313447       eCAST Settlement Corporation,    POB 35480,    Newark NJ 07193-5480
12269233       eCAST Settlement Corporation assignee of,    HSBC Bank NA Direct Merchants,    Credit Card Bank NA,
                POB 35480,   Newark NJ 07193-5480

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
11958645      +E-mail/Text: bankruptcy@edward.org Mar 05 2013 07:24:03      Edward Hospital & Health Services,
                801 South Washington St.,    Naperville, IL 60540-7499
11958650       E-mail/Text: cio.bncmail@irs.gov Mar 05 2013 02:27:11      Department of the Treasury,
                Internal Revenue Service,    P.O. Box 21126,   Philadelphia, PA 19114
12216730      +E-mail/Text: BKRMailOps@weltman.com Mar 05 2013 06:48:39      Key Bank National Association,
                c/o Weltman, Weinberg & Reis, Co., LPA,    323 W. Lakeside Ave., 2nd FL,
                Cleveland, OH 44113-1085
13835655       E-mail/Text: resurgentbknotifications@resurgent.com Mar 05 2013 02:34:36
                LVNV Funding LLC as assignee of American Express,    c/o Resurgent Capital Services,
                P.O. Box 10587,    Greenville, SC 29603-0587
12272485       E-mail/Text: resurgentbknotifications@resurgent.com Mar 05 2013 02:34:37
                LVNV Funding LLC its successors,    assignee of Washington Mutual,    Resurgent Capital Services,
                PO Box 10587,    Greenville, SC 29603-0587
11958653      +E-mail/Text: bankruptcy@leadingedgerecovery.com Mar 05 2013 06:46:31
                Leading Edge Recovery Solutions LLC,    5440 N. Cumberland Ave. Ste. 300,
                Chicago, IL 60656-1486
11958654      +E-mail/Text: pfinn@mcscol.com Mar 05 2013 03:05:23      Medical Collections System,
                725 S Wells Ave,    Suite 501,   Chicago, IL 60607-4516
14953122      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 05 2013 02:34:37
                PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
```

```
District/off: 0752-1               User: pgordon              Page 2 of 3                    Date Rcvd: Mar 04, 2013
                                   Form ID: pdf006            Total Noticed: 49

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
11958660     +E-mail/Text: resurgentbknotifications@resurgent.com Mar 05 2013 02:34:37
              Resurgent Capital Service/Sherman Acquis,   Po Box 10587,   Greenville, SC 29603-0587
11958633      E-mail/PDF: cbp@slfs.com Mar 05 2013 04:53:06      American General Finance,   600 N. Royal Ave.,
              Evansville, IN 47715
11958664      E-mail/Text: bnc@ursi.com Mar 05 2013 05:53:57     United Recovery Systems,   PO BOX 722929,
              Houston, TX 77272-2929
                                                                                                TOTAL: 11

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
11958634*    ++AMERICREDIT,   PO BOX 183853,   ARLINGTON TX 76096-3853
              (address filed with court: Americredit,   Po Box 183853,   Arlington, TX 76096)
11958636*    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
              (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
              Norcross, GA 30091)
11958638*     Capital One,   P.O. Box 30285,   Salt Lake City, UT 84130-0285
11958657*    +Merchants Cr,   2230 W Jackson Blvd Ste 900,   Chicago, IL 60612-2956
11958662*     Revenue Production Management,   PO BOX 673775,   Detroit, MI 48267-3775
11958665     ##+Washington Mutual / Providian,   Attn: Bankruptcy Dept,   Po Box 10467,
              Greenville, SC 29603-0467
                                                                              TOTALS: 0, * 5, ## 1

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 06, 2013**                              **Signature:**    *Joseph Speetjens*

```
District/off: 0752-1          User: pgordon              Page 3 of 3               Date Rcvd: Mar 04, 2013
                              Form ID: pdf006            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 3, 2013 at the address(es) listed below:

```
              David J Frankel    on behalf of Creditor    AmeriCredit  Financial Services Inc
               dfrankel@sormanfrankel.com,   bbehanna@sormanfrankel.com
              James A Young    on behalf of Joint Debtor Lisa  Mowry jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;ylara@youngbklaw.com
              James A Young    on behalf of Debtor Russell  Mowry jyoung@youngbklaw.com,
               Sarai@youngbklaw.com;ylara@youngbklaw.com
              Joseph  Voiland    jrvoiland@sbcglobal.net,   jvoiland@ecf.epiqsystems.com
              Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
              Robert W. Greene    on behalf of Creditor    American Home Mortgage Servicing, Inc
               rgreene@kandpllc.com,   rwgbk2@comcast.net
              Robert W. Greene    on behalf of Creditor    Option One Mortgage Corporation rgreene@kandpllc.com,
               rwgbk2@comcast.net
              Terri M Long    on behalf of Creditor    Wells Fargo Financial Illinois, Inc. Courts@tmlong.com
                                                                                             TOTAL: 8
```