# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| FEEHAN, JAMES T. | § | Case No. 12-18781 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: *(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $         (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $         from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4) This case was originally filed under chapter ___ on ___. The case was pending for ___ months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____ By:/s/JOSEPH R. VOILAND_____
                                                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | **$** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | **$** | **$** | **$** | **$** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| CONGRESSIONAL BANK | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Amy Haertl;1030 N. State St. #2H;Chicago, IL 60610 | | | | | |
| | Illinois Department of Revenue Bankruptcy Section Level 7-425 100 W. Randolph Street Chicago, IL 60602 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Internal Revenue Service P.O. Box 9019 Holtsville, NY 11742-9019 | | | | | |
| 000002A | DEPARTMENT OF THE TREASURY | | | | | |
| 000001A | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AT & T Mobility 7575 Corporate Way Eden Prairie, MN 55344 | | | | | |
| | Accounts Receivable Management, Inc PO Box 561 Thorofare, NJ 08086-0561 | | | | | |
| | Bank of America - Mortgage Attn: Correspondence Unit P.O. Box 5170 Simi Valley, CA 93062 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase P.O. Box 15651 Wilmington, DE 19886-5651 | | | | | |
| | Chase P.O. Box 15651 Wilmington, DE 19886-5651 | | | | | |
| | Chase P.O. Box 15651 Wilmington, DE 19886-5651 | | | | | |
| | Chase P.O. Box 15651 Wilmington, DE 19886-5651 | | | | | |
| | Chicago Merchantile Exchange P.O. Box 73672 Chicago, IL 60673-7672 | | | | | |
| | Direct TV P.O. Box 9001069 Louisville, KY 40290-1069 | | | | | |
| | Newberry Plaza 1030 N. State Street Chicago, IL 60610 | | | | | |
| | PNC Bank 3232 Newmark Dr. Miamisburg, OH 45342 | | | | | |
| | Pro-Care Lawn Services P.O. Box 491 Wasco, IL 60183 | | | | | |
| | STC Capital Bank 460 S. 1st St. Saint Charles, IL 60174 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | STC Capital Bank 460 S. 1st St. Saint Charles, IL 60174 |  |  |  |  |  |
|  | Smith & Fuller 301 S. County Farm Road Suite A Wheaton, IL 60187 |  |  |  |  |  |
|  | US Bank P.O. Box 5227 Cincinnati, OH 45202 |  |  |  |  |  |
|  | US Bank P.O. Box 5227 Cincinnati, OH 45202 |  |  |  |  |  |
|  | Valley Emergency Care Inc. 300 Randall Road Geneva, IL 60134 |  |  |  |  |  |
|  | Vtrader Pro, LLC 220 Bush Street Suite 950 San Francisco, CA 94104 |  |  |  |  |  |
| 000005 | AMERICAN INFOSOURCE LP AS AGENT FOR |  |  |  |  |  |
| 000006 | BMO HARRIS BANK N.A. F/K/A HARRIS N |  |  |  |  |  |
| 2U | DEPARTMENT OF TREASURY |  |  |  |  |  |
| 000003 | US BANK N.A. |  |  |  |  |  |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000004 | US BANK N.A. | | | | | |
| 000007 | PRO CARE LAWN SERVICE INC | | | | | |
| 1U | ILLINOIS DEPARTMENT OF REVENUE | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

Exhibit 8

| | | |
|---|---|---|
| Case No: | 12-18781 RG Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | FEEHAN, JAMES T. | Date Filed (f) or Converted (c): 05/08/12 (f) |
| | | 341(a) Meeting Date: 07/09/12 |
| For Period Ending: | 10/05/13 | Claims Bar Date: 03/29/13 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 917 Pebble Beach Ct., Geneva IL | 650,000.00 | 0.00 | DA | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | DA | 0.00 | FA |
| 3. checking account - STC Capital Bank | 150.00 | 0.00 | DA | 0.00 | FA |
| 4. Household Goods | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 5. Wearing Apparel | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. Insurance Policies - Fidelity Life | 0.00 | 0.00 | DA | 0.00 | FA |
| 7. 401 (K) Stifel Nicholas | 1,300.00 | 0.00 | DA | 0.00 | FA |
| 8. Stock - Xencor | Unknown | 0.00 | | 5,891.40 | FA |
| 9. Stock - 25% in 1927 N. Milwaukee | 0.00 | 0.00 | DA | 0.00 | FA |
| 10. 2002 Lincoln LS | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 11. computer, copier and supplies | 300.00 | 0.00 | DA | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $656,800.00     $0.00     $5,891.40     $0.00

(Total Dollar Amount in Column 6)

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 06/15/13     Current Projected Date of Final Report (TFR): 06/15/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| | | |
|---|---|---|
| Case No: | 12-18781 -RG | |
| Case Name: | FEEHAN, JAMES T. | |
| Taxpayer ID No: | *******6624 | |
| For Period Ending: | 10/05/13 | |

| | | |
|---|---|---|
| Trustee Name: | JOSEPH R. VOILAND | |
| Bank Name: | Congressional Bank | |
| Account Number / CD #: | *******9850  Checking Account | |
| Blanket Bond (per case limit): | $ 50,000,000.00 | |
| Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 02/13/13 | 8 | Deborah Saikel | | 1229-000 | 2,945.70 | | 2,945.70 |
| 02/13/13 | 8 | Scott T. Moore | | 1129-000 | 2,945.70 | | 5,891.40 |
| 03/31/13 | | Congressional Bank | bank service charge | 2600-000 | | 10.00 | 5,881.40 |
| 05/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | 5,871.40 |
| 06/13/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 1,339.14 | 4,532.26 |
| 06/13/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 121.11 | 4,411.15 |
| 06/25/13 | 001003 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 5800-000 | | 1,862.84 | 2,548.31 |
| * 06/25/13 | 001004 | Department of the Treasury Internal Revenue Service Pob 7346 Philadelphia,PA 19101 | | 5800-003 | | 2,558.31 | -10.00 |
| 06/30/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | -20.00 |
| 07/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | -30.00 |
| * 08/01/13 | 001004 | Department of the Treasury Internal Revenue Service Pob 7346 Philadelphia,PA 19101 | check returned marked "claim Paid" | 5800-003 | | -2,558.31 | 2,528.31 |
| 08/01/13 | 001005 | Illinois Department of Revenue Bankruptcy Section P.O. Box 64338 Chicago, IL 60664-0338 | | 5800-000 | | 2,558.31 | -30.00 |

Page Subtotals     5,891.40     5,921.40

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 12-18781 -RG | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | FEEHAN, JAMES T. | Bank Name: | Congressional Bank |
| | | Account Number / CD #: | *******9850 Checking Account |
| Taxpayer ID No: | *******6624 | | |
| For Period Ending: | 10/05/13 | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/31/13 | | CB | credit for bank service fees | 9999-000 | 30.00 | | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | 5,921.40 | 5,921.40 | 0.00 |
| Less: Bank Transfers/CD's | 0.00 | 0.00 | |
| Subtotal | 5,921.40 | 5,921.40 | |
| Less: Payments to Debtors | | 0.00 | |
| Net | 5,921.40 | 5,921.40 | |

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| TOTAL - ALL ACCOUNTS | | | |
| Checking Account - ********9850 | 5,921.40 | 5,921.40 | 0.00 |
| | ----------------------- | ----------------------- | ----------------------- |
| | 5,921.40 | 5,921.40 | 0.00 |
| | ============ | ============ | ============ |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals  30.00  0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 11)*