UNITED STATES BANKRUPTCY COURT
DISTRICT OF

In re:                              §
                                    §
MOWRY, RUSSELL                      §        Case No. 08-03639
MOWRY, LISA                         §
                                    §
            Debtor(s)               §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

JOSEPH R. VOILAND, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned:<br>*(Without deducting any secured claims)* | Assets Exempt: |
| Total Distributions to Claimants: | Claims Discharged<br>Without Payment: |
| Total Expenses of Administration: | |

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $        (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (5/1/2011) *(Page: 1)*

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter ____ on _____, and it was converted to chapter 7 on _____. The case was pending for ____ months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____  By:/s/JOSEPH R. VOILAND_____
                                                            Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
|  |  |  |
| TOTAL GROSS RECEIPTS |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES |  |  | $ |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA |  |  |  |  |  |
| TOTAL SECURED CLAIMS |  |  | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| JOSEPH R. VOILAND | | | | | |
| JOSEPH R. VOILAND | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000014A | DEPARTMENT OF THE TREASURY | | | | | |
| 000015 | DEPARTMENT OF THE TREASURY | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000003 | AMERICAN GENERAL FINANCE | | | | | |
| 000006 | AMERICAN HOME MORTGAGE SERVICING, I | | | | | |
| 000005 | AMERICREDIT FINANCIAL SERVICES INC | | | | | |
| 000001 | CAPITAL ONE BANK | | | | | |
| 000002 | CAPITAL ONE BANK | | | | | |
| 000014B | DEPARTMENT OF THE TREASURY | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000013 | ECAST SETTLEMENT CORPORATION | | | | | |
| 000011 | ECAST SETTLEMENT CORPORATION ASSIGN | | | | | |
| 000004 | JPMORGAN CHASE BANK, N.A. | | | | | |
| 000010 | KEY BANK NATIONAL ASSOCIATION | | | | | |
| 000016 | KEY BANK NATIONAL ASSOCIATION | | | | | |
| 000009 | LVNV FUNDING LLC AS ASSIGNEE OF AME | | | | | |
| 000008 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000012 | PORTFOLIO RECOVERY ASSOCIATES, LLC. | | | | | |
| 000017 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000007 | WELLS FARGO FINANCIAL ILLINOIS, INC | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 1

| Case No: | 08-03639 RG  Judge: MANUEL BARBOSA | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | Date Filed (f) or Converted (c): | 04/29/09 (c) |
| | MOWRY, LISA | 341(a) Meeting Date: | 06/01/09 |
| For Period Ending: | 10/05/13 | Claims Bar Date: | 02/09/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. real estate - 2260 Highfield Court, Aurora | 240,000.00 | 6,749.00 | DA | 0.00 | FA |
| 2. checking account - Harris Bank | 62.00 | 0.00 | DA | 0.00 | FA |
| 3. household goods | 1,500.00 | 0.00 | DA | 0.00 | FA |
| 4. wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 5. 401K | 12,000.00 | 0.00 | DA | 0.00 | FA |
| 6. 1999 Dodge Van 1500 | 3,890.82 | 0.00 | DA | 0.00 | FA |
| 7. 2001 Hyundai Sonata | 2,165.00 | 0.00 | DA | 0.00 | FA |
| 8. 2001 Hyundai Tiburon | 7,500.00 | 0.00 | DA | 0.00 | FA |
| 9. 2000 Searay 185 boat | 12,000.00 | 6.00 | DA | 0.00 | FA |
| 10. Computer, printer, copier | 200.00 | 0.00 | DA | 0.00 | FA |
| 11. 2004 International Series 9200 Tractor | 10,000.00 | 2,577.00 | | 5,750.00 | FA |
| 12. Tools | 650.00 | 0.00 | DA | 0.00 | FA |
| 13. checing account - Harris Bank | 200.00 | 0.00 | DA | 0.00 | FA |
| 14. checking account - Harris Bank | 600.00 | 0.00 | DA | 0.00 | FA |
| 15. 1978 Oldsmobile | 1,000.00 | 1,000.00 | DA | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.56 | Unknown |

|  |  |  |  |  | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $291,967.82 | $10,332.00 | | $5,750.56 | $0.00 |
|  |  |  |  |  | (Total Dollar Amount in Column 6) |

_____

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

On 12/3/09, an order was entered approving the sale of the 2004 International back to the debtor for $8,400.00 (to be paid in monthly installment of $700.00).

LFORM1

UST Form 101-7-TDR (5/1/2011) *(Page: 7)*

Ver: 16.05c

Case 08-03639 Doc 98 Filed 11/08/13 Entered 11/08/13 10:41:24 Desc Main
Document Page 8 of 15

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Page: 2
Exhibit 8

| | | |
|---|---|---|
| Case No: | 08-03639 RG Judge: MANUEL BARBOSA | Trustee Name: JOSEPH R. VOILAND |
| Case Name: | MOWRY, RUSSELL | Date Filed (f) or Converted (c): 04/29/09 (c) |
| | MOWRY, LISA | 341(a) Meeting Date: 06/01/09 |
| | | Claims Bar Date: 02/09/10 |

Initial Projected Date of Final Report (TFR): 03/15/11   Current Projected Date of Final Report (TFR): 06/15/13

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 1

Exhibit 9

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 04/20/10 | | Wire in from JPMorgan Chase Bank, N.A. account 312218861165 | Wire in from JPMorgan Chase Bank, N.A. account 312218861165 | 9999-000 | 700.07 | | 700.07 |
| 04/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.01 | | 700.08 |
| 05/28/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.12 |
| 06/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.16 |
| 07/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.20 |
| 08/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.04 | | 700.24 |
| 09/03/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61668562 | 1129-000 | 350.00 | | 1,050.24 |
| 09/14/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61668646 | 1129-000 | 350.00 | | 1,400.24 |
| 10/01/10 | 11 | Harris Bank | installment payment from debtor DEPOSIT CHECK #31195870 | 1129-000 | 350.00 | | 1,750.24 |
| 10/21/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195906 | 1129-000 | 350.00 | | 2,100.24 |
| 11/11/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195936 | 1129-000 | 350.00 | | 2,450.24 |
| 11/23/10 | 11 | Harris Bank | installment payment DEPOSIT CHECK #31195955 | 1129-000 | 350.00 | | 2,800.24 |
| 11/30/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.01 | | 2,800.25 |
| 12/31/10 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 2,800.27 |
| 01/14/11 | 11 | Harris Bank | installment payment DEPOSIT CHECK #61803430 | 1129-000 | 350.00 | | 3,150.27 |
| 01/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.29 |
| 02/28/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.31 |
| 03/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.33 |
| 04/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.35 |
| 05/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.37 |

Page Subtotals    3,150.37    0.00

Ver: 16.05c

FORM 2

Page: 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165  Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 06/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.39 |
| 07/29/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,150.41 |
| 08/02/11 | 11 | Harris | installment payment DEPOSIT CHECK #62329027 | 1129-000 | 350.00 | | 3,500.41 |
| 08/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,500.43 |
| 08/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,475.43 |
| 09/22/11 | 11 | Russell Mowry | installment payment DEPOSIT CHECK #21153187 | 1129-000 | 350.00 | | 3,825.43 |
| 09/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 3,825.45 |
| 09/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,800.45 |
| 10/31/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 3,800.48 |
| 10/31/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 3,775.48 |
| 11/08/11 | 11 | Harris Bank | installment payment DEPOSIT CHECK #21153291 | 1129-000 | 300.00 | | 4,075.48 |
| 11/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,075.51 |
| 11/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,050.51 |
| 12/13/11 | 11 | Harris Bank / Russell Mowry | installment payment DEPOSIT CHECK #21153370 | 1129-000 | 300.00 | | 4,350.51 |
| 12/30/11 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.03 | | 4,350.54 |
| 12/30/11 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 4,325.54 |
| 01/25/12 | INT | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.02 | | 4,325.56 |
| 01/25/12 | | Transfer to Acct #*******4422 | Bank Funds Transfer | 9999-000 | | 4,325.56 | 0.00 |

Page Subtotals   1,300.19   4,450.56

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

FORM 2

Page: 3

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | The Bank of New York Mellon |
| | MOWRY, LISA | | Account Number / CD #: | *******1165  Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | | 4,450.56 | 4,450.56 | 0.00 |
| | | | Less: Bank Transfers/CD's | | 700.07 | 4,325.56 | |
| | | | Subtotal | | 3,750.49 | 125.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | Net | | 3,750.49 | 125.00 | |

Page Subtotals         0.00         0.00

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

FORM 2 Page: 4
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD Exhibit 9

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
|---|---|---|---|---|
| Case Name: | MOWRY, RUSSELL | | Bank Name: | JPMorgan Chase Bank, N.A. |
| | MOWRY, LISA | | Account Number / CD #: | *******1165 Money Market Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/12/10 | 11 | Harris/ Russell Mowry | installment payment DEPOSIT CHECK #61296831 | 1129-000 | 700.00 | | 700.00 |
| 01/29/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.01 | | 700.01 |
| 02/26/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.02 | | 700.03 |
| 03/31/10 | INT | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.03 | | 700.06 |
| 04/20/10 | INT | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0500% | 1270-000 | 0.01 | | 700.07 |
| 04/20/10 | | Wire out to BNYM account 000218861165 | JPMORGAN CHASE BANK, N.A. Wire out to BNYM account 000218861165 | 9999-000 | | 700.07 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 700.07 | 700.07 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 0.00 | |
| Subtotal | | 700.07 | 700.07 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 700.07 | 700.07 | |

Page Subtotals 700.07 700.07

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | MOWRY, RUSSELL | | Bank Name: | Congressional Bank |
| | MOWRY, LISA | | Account Number / CD #: | *******4422 Checking Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 01/25/12 | | Transfer from Acct #*******1165 | Bank Funds Transfer | 9999-000 | 4,325.56 | | 4,325.56 |
| 05/30/12 | 11 | M&I (BMO Harris Bank) | | 1129-000 | 300.00 | | 4,625.56 |
| 09/11/12 | 11 | RUSSELL MOWRY (M&I) 2260 HIGHFIELD COURT AURORA, IL 60504 | | 1129-000 | 1,000.00 | | 5,625.56 |
| 04/04/13 | 001001 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2100-000 | | 1,325.06 | 4,300.50 |
| 04/04/13 | 001002 | JOSEPH R. VOILAND 1625 Wing Road Yorkville, IL 60560 | | 2200-000 | | 73.99 | 4,226.51 |
| * 04/04/13 | 001003 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | | 5800-003 | | 4,226.51 | 0.00 |
| 05/31/13 | | Congressional Bank | bank service fee | 9999-000 | | 10.00 | -10.00 |
| 06/30/13 | | Congressional Bank | service fee adjustment | 9999-000 | 20.00 | | 10.00 |
| 06/30/13 | | congressional Bank | Bank service fee | 9999-000 | | 10.00 | 0.00 |
| 07/31/13 | | Congressional Bank | bannk service fee | 9999-000 | | 10.00 | -10.00 |
| * 08/01/13 | 001003 | Department of the Treasury Internal Revenue Service P.O. Box 21126 Philadelphia, PA 19114 | check returned marked "claim paid" | 5800-003 | | -4,226.51 | 4,216.51 |
| 08/01/13 | 001004 | CAPITAL ONE BANK C/O TSYS DEBT MANAGEMENT PO BOX 5155 NORCROSS, GA 30091 | | 7100-000 | | 156.67 | 4,059.84 |
| 08/01/13 | 001005 | CAPITAL ONE BANK | | 7100-000 | | 241.50 | 3,818.34 |

Page Subtotals    5,645.56    1,827.22

Ver: 16.05c

LFORM24

UST Form 101-7-TDR (5/1/2011) *(Page: 13)*

FORM 2

Page: 6

Exhibit 9

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

| | |
|---|---|
| Case No: | 08-03639 -RG |
| Case Name: | MOWRY, RUSSELL |
| | MOWRY, LISA |
| Taxpayer ID No: | *******5821 |
| For Period Ending: | 10/05/13 |

| | |
|---|---|
| Trustee Name: | JOSEPH R. VOILAND |
| Bank Name: | Congressional Bank |
| Account Number / CD #: | *******4422 Checking Account |
| Blanket Bond (per case limit): | $ 50,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 08/01/13 | 001006 | C/O TSYS DEBT MANAGEMENT<br>PO BOX 5155<br>NORCROSS, GA 30091 | | 7100-000 | | 272.83 | 3,545.51 |
| 08/01/13 | 001007 | Portfolio Recovery Associates, LLC. c/o Sears<br>POB 41067<br>NORFOLK VA 23541 | | 7100-000 | | 90.11 | 3,455.40 |
| 08/01/13 | 001008 | LVNV Funding LLC as assignee of American Express<br>c/o Resurgent Capital Services<br>P.O. Box 10587<br>Greenville, SC 29603-0587 | | 7100-000 | | 994.79 | 2,460.61 |
| 08/01/13 | 001009 | eCAST Settlement Corporation assignee of HSBC Bank NA Direct Merchants Credit Card Bank NA<br>POB 35480<br>Newark NJ 07193-5480 | | 7100-000 | | 606.49 | 1,854.12 |
| 08/01/13 | 001010 | Portfolio Recovery Associates, LLC. c/o Sears<br>POB 41067<br>NORFOLK VA 23541 | | 7100-000 | | 1,832.23 | 21.89 |
| 08/01/13 | 001011 | eCAST Settlement Corporation<br>POB 35480<br>Newark NJ 07193-5480 | | 7100-000 | | 31.89 | -10.00 |
| 08/31/13 | | PYOD LLC its successors and assigns as assignee of Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602-<br>cb | credit for bank service fee | 9999-000 | 10.00 | | 0.00 |

Page Subtotals     10.00     3,828.34

Ver: 16.05c

LFORM24
**UST Form 101-7-TDR (5/1/2011)** *(Page: 14)*

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 7

Exhibit 9

| Case No: | 08-03639 -RG | | Trustee Name: | JOSEPH R. VOILAND |
| --- | --- | --- | --- | --- |
| Case Name: | MOWRY, RUSSELL | | Bank Name: | Congressional Bank |
| | MOWRY, LISA | | Account Number / CD #: | *******4422  Checking Account |
| Taxpayer ID No: | *******5821 | | | |
| For Period Ending: | 10/05/13 | | Blanket Bond (per case limit): | $ 50,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction / Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | COLUMN TOTALS | 5,655.56 | 5,655.56 | 0.00 |
| | | | Less: Bank Transfers/CD's | 4,325.56 | 0.00 | |
| | | | Subtotal | 1,330.00 | 5,655.56 | |
| | | | Less: Payments to Debtors | | 0.00 | |
| | | | Net | 1,330.00 | 5,655.56 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
| --- | --- | --- | --- |
| Money Market Account - ********1165 | 3,750.49 | 125.00 | 0.00 |
| Money Market Account - ********1165 | 700.07 | 700.07 | 0.00 |
| Checking Account - ********4422 | 1,330.00 | 5,655.56 | 0.00 |
| | 5,780.56 | 6,480.63 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals            0.00            0.00

Ver: 16.05c

LFORM24

**UST Form 101-7-TDR (5/1/2011)** *(Page: 15)*